FILED
CLERK

4:01 pm, May 03, 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In the Matter of the Application of
ADAM ABRAMS,

                  Petitioner,

        - against -

TOWN OF ISLIP, ANDY WITTMAN,
RECEIVER OF TAXES, ANNE M.
DANZINGER OF THE ASSESSOR'S OFFICE,
ANTHONY PRUDENTI, COMMISSIONER
PARKING VIOLATIONS, ERNEST J. CANNAVA
ADMINISTRATOR, FIRE ISLAND VEHICLE
PERMITS, AND SONIA TAIANI MANAGEMENT
ANALYST FIRE ISLAND NATIONAL SEASHORE
C/O ALEXCI ROMERO AS SUPERINTENDENT
FIRE ISLAND NATIONAL SEASHORE,

                  Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION AND ORDER OF
DISMISSAL AS TO FEDERAL
DEFENDANT AND
ORDER OF REMAND**

Civil Action No. 24-cv-2719

(Azrack, J.)
(Wicks, M.J.)

      WHEREAS, on or about June 30, 2023, Petitioner *pro se* ADAM ABRAMS ("Petitioner")

commenced an action in the Supreme Court of the State of New York, County of Suffolk, bearing

Index Number 600175/2023 (the "State Court Action") against, *inter alia*, Respondent SONIA

TAIANI, Management Analyst of Fire Island National Seashore ("Federal Respondent"); and

      WHEREAS, on or about April 12, 2024, the UNITED STATES OF AMERICA removed

the State Court Action to this Court; and

      WHEREAS, no party hereto is an infant or incompetent person for whom a committee has

been appointed and no person not a party has an interest in the subject matter of the action herein;

and

      WHEREAS, Petitioner wishes to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(ii)

as against the Federal Respondent and requests an Order remanding this action to the Supreme

Court of the State of New York, County of Suffolk;

IT IS HEREBY STIPULATED AND ORDERED, by and between PETITIONER and the

UNITED STATES OF AMERICA that, the above-entitled action be and the same is hereby

dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) as against Respondent SONIA TAIANI,

Management Analyst Fire Island National Seashore c/o Alexcy Romero[1] as Superintendent Fire

Island National Seashore without costs, attorneys' fees, expenses or disbursements to any party;

and

IT IS HEREBY FURTHER STIPULATED AND ORDERED that the caption in this case

shall be amended to the following:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In the Matter of the Application of
ADAM ABRAMS,

                    Petitioner,

          - against -

TOWN OF ISLIP, ANDY WITTMAN,
RECEIVER OF TAXES, ANNE M.
DANZINGER OF THE ASSESSOR'S OFFICE,
ANTHONY PRUDENTI, COMMISSIONER
PARKING VIOLATIONS, ERNEST J. CANNAVA
ADMINISTRATOR, FIRE ISLAND VEHICLE
PERMITS,

                    Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

and

IT IS FURTHER ORDERED that this action is hereby remanded to the Supreme Court of

---

[1] Petitioner misidentified Fire Island National Seashore Superintendent as Alexci Romero.

the State of New York, County of Suffolk.

Dated: Ocean Beach, New York
    ~~April~~ 7, 2024
    *May*

                                ADAM ABRAMS, ESQ.
                                Petitioner *Pro Se*
                                P.O. Box 164
                                Ocean Beach, New York 11770

By:                          
                                ADAM ABRAMS, ESQ.
                                (305) 528-5575/(631) 583-0000
                                adabrams@hotmail.com

Dated: Central Islip, New York
    April ___, 2024

                                BREON PEACE
                                United States Attorney
                                Eastern District of New York
                                610 Federal Plaza, 5th Floor
                                Central Islip, New York 11722

By:                          
                                JAMES H. KNAPP
                                Assistant United States Attorney
                                (631) 715-7879

Dated: Central Islip, New York
    April ___, 2024

SO ORDERED:

_____
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

the State of New York, County of Suffolk.

Dated: Ocean Beach, New York
   April ___, 2024

           ADAM ABRAMS, ESQ.
           Petitioner *Pro Se*
           P.O. Box 164
           Ocean Beach, New York 11770

By:    _____
           ADAM ABRAMS, ESQ.
           (305) 528-5575/(631) 583-0000
           adabrams@hotmail.com

Dated: Central Islip, New York
   May 2, 2024

           BREON PEACE
           United States Attorney
           Eastern District of New York
           610 Federal Plaza, 5th Floor
           Central Islip, New York 11722

By:    JAMES KNAPP Digitally signed by JAMES KNAPP
                 Date: 2024.05.02 13:31:54 -04'00'
           JAMES H. KNAPP
           Assistant United States Attorney
           (631) 715-7879

Dated: Central Islip, New York
   May _3_, 2024

SO ORDERED:

  /s/ JMA
_____
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE